UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD DEEDS #14946 | Case No. 3:11-cv-00351-ECR-VPC |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER OF DISMISSAL |
| J. BRUCE BANNISTER, et. al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Richard Deeds (pro se) and Defendants Karen Gedney, Scott Kahler, James Benedetti, Jack Palmer, John Peery and Greg Cox, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Nathan Hastings, Deputy Attorney General, that all Plaintiff Richard Deeds' claims, contained the Civil Rights Complaint in the above-captioned matter, be dismissed in their entirety, with prejudice.

///

///

///

1  This Stipulation is based upon a settlement agreement reached by Plaintiff Deeds and
2  Defendants. Each party shall bear their own attorneys fees and costs.

4  Dated this 19th day of August, 2013.    Dated this 20th day of August, 2013

    *[signature: Richard Deeds]*                CATHERINE CORTEZ MASTO
    Richard Deeds                               Attorney General
    *Plaintif in Pro se*
                                                By: *[signature]*
                                                    NATHAN HASTINGS
                                                    Deputy Attorney General

                                                *Attorneys for Defendant*

14  IT IS SO ORDERED:
15  DATED this 21st day of August, 2013.

                                                *[signature]*

                                                _____
                                                LARRY R. HICKS
                                                UNITED STATES DISTRICT JUDGE

2